# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. __09-1353 M__   Tape No. __CS-7-2-09__   Date: __7-2-09__

Present: The Honorable __CARLA M. WOEHRLE__, U.S. Magistrate Judge

__D. THOMAS__   __SARAH BAXTER__   __EDDIE YIP__
Deputy Clerk   Assistant U.S. Attorney   Interpreter

USA v.
__VICTOR WU__

☒ Present  ☒ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:

☒ Present  ☐ CJA  ☒ Retd  ☐ DFPD  ☐ Not present

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☐ Matter called for ☐ temporary / ☐ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
   *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ if _____ fails or declines to take custody of defendant.   *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☒ Other: __Preliminary Hearing Waived -- PIA 7-27-09 at 8:30 AM__

### BAIL INFORMATION

**TYPE OF BOND**
☐ Personal Recognizance *(Signature only - no dollar amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  *(cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
  *(Corporate Surety Bond requires separate form)*
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____ ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**
☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:   Blue - AUSA   Yellow - Defendant   Pink - PSA

M-46 (06/98)   RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Victor Wu  ~~Defendant~~/Material Witness. | CASE NUMBER: | |
|---|---|---|
| | COMPLAINT: 09-1353-M | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 21 | SECTION: 841(a)(1) |

- [ ] PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
- [ ] UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____
- [X] APPEARANCE BOND IN THE AMOUNT OF $200,000
  - [ ] WITH CASH DEPOSIT (AMOUNT OR %) _____
  - [ ] WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
- [X] WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
  Denise Quan - MI Hui - Brother-In-Law
- [X] WITH DEEDING OF PROPERTY
- [ ] COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
- [ ] CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
- [ ] ADDITIONAL REQUIREMENTS: _____
- [X] BAIL FIXED BY COURT _____ *Deputy Clerk*

RELEASE No. _____

- [X] RELEASE TO PRETRIAL ONLY
- [ ] FORTHWITH RELEASE
- [X] ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: 7-16-09   *Date*
- [ ] ALL REQUIREMENTS HAVE BEEN MET: _____ *Deputy Clerk*

**PRE-CONDITIONS TO RELEASE**

- [ ] Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  - [ ] The Nebbia hearing can be waived by the government.

**ADDITIONAL CONDITIONS OF RELEASE**

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

- [X] Defendant shall submit to: [ ] Pretrial Supervision. [X] Intensive Pretrial Supervision.
- [X] Surrender all passports to the Clerk of Court, or sign a declaration no later than, ~~Noon 7-6-09~~ and not apply for the issuance of a passport during the pendency of this case.
- [X] Travel is restricted to: CD/CA _____
- [X] Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
- [X] Reside as approved by PSA and do not relocate without prior permission from PSA. _____
- [X] Maintain or actively seek employment and provide proof to PSA.
- [ ] Maintain or commence an educational program and provide proof to PSA.
- [ ] Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
- [ ] Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- [ ] Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
- [ ] Not use alcohol.
- [X] Not use or possess illegal drugs. [X] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- [ ] Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
- [ ] Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
- [ ] Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials X V/W   Date X 7/2/2009

ORIGINAL - YELLOW COPY     PINK- PRETRIAL SERVICES     WHITE - DEFENDANT COPY

CR-1 (07/05)     CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM     Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Victor Wu
(Defendant)/Material Witness.

CASE NUMBER: 09-1353-M

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
  [ ] **Release to PSA only**.
  [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**
  [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
☐ Other conditions: _____

_7/2-09_                   _[signature]_                                _626-466-5093_
Date                    Defendant/Material Witness' Signature         Telephone Number

_Pasadena 91107_
City, State And Zip Code  ONLY!

☑ **Check if interpreter is used:** I have interpreted into the _Cantonese_ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_[signature]_                                                          _7/2/2009_
Interpreter's signature                                                Date

Approved: _____                _____
         United States District Judge / Magistrate Judge              Date

If Cash Deposited: Receipt # _____        For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY        PINK- PRETRIAL SERVICES        WHITE - DEFENDANT COPY